**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 21-CR-182-EGS** |
| | ) | |
| **v.** | ) | **VIOLATIONS:  18 U.S.C. § 371** |
| | ) | **(Conspiracy to Commit Wire Fraud)** |
| **STACY M. CABRERA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## STATUS REPORT AND MOTION TO CONTINUE

The United States of America, by and through its undersigned counsel, and Stacy M. Cabrera ("Defendant"), through her counsel, submit this status report and motion to continue to provide the Court with an update on the current state of this matter.

1.      On April 21, 2021, defendant pleaded guilty to a one-count Criminal Information charging her with conspiracy in violation of 18 U.S.C. § 371.

2.      At the plea hearing, the parties indicated that Defendant was cooperating with the Government's investigation and asked the Court to set the matter for a status hearing on July 22, 2021.

3.      Defendant's cooperation is continuing, and the parties do not believe it is necessary to conduct the status hearing set for July 22nd. The parties respectfully ask the Court to continue this matter for approximately 90 days, to on or about October 20, 2021.

Respectfully submitted,

JOSEPH BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

Case 1:21-cr-00182-EGS Document 10 Filed 07/21/21 Page 2 of 2

By: _____/s/Michael P. McCarthy_____
Michael P. McCarthy, D.C. Bar #1020231
Babasijibomi Moore
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W.
Bond Building, Fourth Floor
Washington, D.C. 20530
(202) 305-3995 (McCarthy)
Michael.McCarthy2@usdoj.gov
(202) 834-2793 (Moore)
Babasijibomi.Moore2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this Joint Status Report and Motion to Continue was served via ECF upon counsel for defendant on July 21, 2021.

_____/s/Michael P. McCarthy_____
Michael P. McCarthy
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice