Stacy Cabrera<br>
Converse TX 78109<br>
September 6, 2022

Honorable Emmet G. Sullivan
United States District Court
For The District of Columbia
333 Constitution Avenue
Washington DC 20001

Dear Honorable Judge Sullivan,

My name is Stacy Michele Cabrera and I am the defendant in this case.  Please allow me to share with you and the court a little about myself.

I was born in Panama Ancon Canal Zone, Panama on April 13, 1973 to my American parents, Bruce Michael Johnson, Sgt U.S. Army, and Donna Marie Johnson, then housewife.  I don't remember anything about Panama, having been so young when we were there; my first childhood memories take place in Oakland CA, where I lived with my mother and sister; my father was still active duty and away from home at the time.

All things considered; I had a "normal" upbringing.  Working parents, grandparents nearby, an older sibling who wanted nothing to do with me (smiling), an aunt and lots of cousins.  I assumed my upbringing was normal, as back then, you did not talk about what happened at home.  As an adult, I acknowledge that maybe it wasn't so normal after all.

My father was a physically abusive man; unable to contain his anger over much of anything.  I can blame his drug use; however, it's my belief that some people just aren't meant to be parents.  As with my sister and I, my mother was physically abused by my father.  My mother also experienced verbal and sexual abuse from him as well.  It's strange looking back, I didn't know my mother was being abused and she says she didn't know my sister and I were being abused.  I'm not sure I believe that.  At any rate, for some reason, I looked up to my father.  Afterall, he served his Country during a time when doing so was frowned upon.  I thought that was incredibly honorable and wanted to know all his stories.  And share them, he did.  He'd tell me about missions in Vietnam, about almost getting caught by the Viet Cong, how he made a bracelet from his dead buddies' boot laces in honor of their service.  I think this was a form of therapy for him, assuming I was too young to comprehend his words.  To me, it was fascinating.  I wanted the small Army men and would mimic his stories with them during playtime.

Eventually, my parents separated in 1983.  I remember asking my sister what mom had done to get the beating she received the day it happened.  Please understand, that if my father handed down punishment to us, it was because we had done something wrong (in his eyes).  Although he was my dad, and I loved him very much, I was happy that the abuse would end with the separation.  It was then that I realized when my parents separated, my father separated himself from his children as well.  I'd ask for

"playdates", for which he was always too busy.  I'd ask him to attend my sporting events or milestone graduations.  He never lied about coming, he just didn't show up.  I was always disappointed, because I wanted more than anything for my father to be proud of my accomplishments.  I kept my disappointments to myself as to not minimalize my mother's efforts.

Fast forward to 1990.  I was a Senior in High School and up to this point, my plan was to become a High School English Teacher.  I loved academics, and I loved the idea of being able to teach our future generations.  And then, Montel Williams (the talk show host) visited my senior class! He spoke about retiring as a Naval Officer, but owed his life to the United States Marine Corps.  He spoke about the dignity, integrity, discipline and leadership skills he developed.  He spoke fondly about the bonds he created and the opportunities available to him because of it.  I was hooked!  After the ceremony, Mr. Williams stayed a while to shoot baskets with the Varsity Girls Basketball team (which I was a part of).  It was such an honor just to be in his presence.  I was so excited! I literally ran home to tell my mom…she was less than pleased to say the least.  Nonetheless, she conceded her support as long as I agreed to finish out the school year with my class and spend the summer at home.  After graduation she tells me she will see me in a month, that I will never make it through bootcamp.  Say no more, Mom.  I guess it is worth mentioning that after giving my father an ultimatum with forgetting I was born if he didn't show up, he attended my high school graduation.

October 7, 1991.  U.S. Marine Corps Recruit Depot – Oakland CA.

Imagine my surprise when I'm the only female on the bus, heading to the airport to arrive at Marine Corps Recruit Depot, Parris Island.  All the boys on the bus are asking the girls which branch of the military they were joining.  A few said Army, there was 1 Navy but most were Air Force.  When I was asked which branch, I proudly stated the Marine Corps!  Gasps all around.  One bold sole asked me, "why the Marine Corps?"  My response… "Because they're the BEST".  While I wasn't the first female in my family to join the military, I was the ONLY family member to join the Marines.  I was proud of that. I'd finally make my father proud - following in his footsteps, and let's be honest; doing something he either couldn't or wouldn't do – join the elite.

Despite the "preparation" from my father with his stories and my recruiter, who fluffed his version for fear that I'd chicken out (he didn't know me very well), bootcamp was a shocker.  The drill instructors were waiting for us the instant we stepped off the plane.  Immediately yelling at us to "straighten your sorry selves out", "spit out your gum", "don't eyeball me, you unsat thing".  Whoa!  What in the world had I gotten myself into?  Days were long, sleep was short and yelling was constant.  Every month we received pros & cons marks; proficiency and conduct markers for progress.  My initial Pros & Cons after the first month – all red.  "Bad attitude, thinks she knows better, trouble listening to instruction – the list went on. I couldn't believe it.  I've been following instructions my whole life lady! Been screamed at and 'abused' my whole life by those that "care about me".  I'd be damned if I was going to sit back and let strangers that didn't care about me treat me poorly.  Well, after the shock of my red marks wore off and I truly thought about the words on those pages, I had a decision to make because going home was not an option: I could continue to fight against the directives and receive negative reviews, or…I could listen to those who'd already made it before me and follow their lead.  I chose the latter and from that moment, a Marine was being birthed.  I won't say that it was always easy, but *trusting* my drill

instructors with them having my best interest at the forefront of my training, was what got me through. Drill Instructor Sgt Cogburn took me under her wing and provided the training and tough love I needed to be successful.  I ended up graduating a squad leader and a rifleman in the graduating color guard. Look out Marine Corps, here I come!

Duty stations and overseas tours came and went.  I was promoted to Corporal before my 2-year mark.  I was proud.  I was finally a leader of Marines.  I followed directives and gave them, always with the Corps' mottos at the forefront, "Leadership by Example" and "Troop Welfare = Mission Accomplishment".  Words to live by.

I met my daughter's father at Camp Pendleton CA, after a tour in Japan.  This was my one indiscretion in the Corps.  We were both separated from our spouses, neither of our divorce's final.  His separation was less amicable than mine and we were both charged with disobeying a direct order by communicating outside of work when we were told not to.  I didn't understand how I could be such a stellar Marine and still be told who I could/couldn't spend time with as long as it didn't interfere with my leadership.  I quickly learned (again) that it didn't matter if I understood it or not.  You do what you're told and you don't question authority – period.  We'd gone against the directive and were punished for it.  I came to realize that while my actions may not have affected my ability to perform at the highest levels, I was setting a poor example to my junior Marines by not following orders.

July 3, 1999.  My last official day as an Active-Duty Marine.  I was devastated.  I didn't have a back-up plan.  I always imagined retiring the world's oldest female Marine; them burying me underneath a base and renaming it after me.  Life and motherhood (and scorned ex-spouses) had a way of changing plans. When my ex-husband realized that I was attending joint counseling so we could be better co-parents and not because I wanted to get back together, he decided that being a parent was too aligned with being my spouse.  He couldn't do one without the other and I was left to raise my daughter alone.  I was ready to reenlist but would've been deployed again and with no one to care for my child; serving was no longer an option for me.

I relocated to Scottsdale AZ with my then 2-year daughter (Taryn) and by accident and a favor to a friend, ended up in Property Management.  It was never my passion (you can take the Girl out of the Corps, but you can never take the Corps out of the Girl), but I learned in the Marne Corps that if you're going to commit to something, commit 110% and be your best.  So, in October 1999, I began my career as a Community Manager and didn't look back.  I met my now husband, Rashad Cabrera in January 2000 and we've been together ever since.

In 2011, I was offered a position with Balfour Beatty Communities by a former senior representative who was working with the company.  He knew my love of the Military and knew I'd be exactly what he needed for his Air Force Base in Santa Maria, CA (Vandenburg AFB).  I discussed it with my husband and we decided that it'd be a good move for our growing family.  Our oldest (he loved my Taryn way before he ever loved me) was 13, our daughter Aaliyah was 8 and our son Malik was just a year old.

Vandenberg was Heaven on Earth!  I was SO happy to be "back home".  Around others who spoke and carried themselves just like me, whose thought processes were parallel to mine.  There's something

about the military lifestyle that you either love or hate and I finally felt like I belonged.  Being a part of it was almost as good as being in it.  Almost.

I reported for duty on April 26, 2011 solo.  The kids were still in school and my husband agreed to stay in AZ long enough for them to complete the school year and then they'd join me.  My children joined me in June of 2011, but my husband stayed behind another 8 weeks, after agreeing to assist with the sale of his property (he is also in Property Management).  It was about this time when something just felt "off"; both for myself and my son.  My feet and legs were numb-feeling and tingly, at first, I chalked it up to sleeping on an air mattress, or the severe weather change from AZ to CA, but those weren't it.  I went to doctors and they suspected a Vitamin B deficiency and prescribed supplements – that didn't work.  I also begin to notice that my son wasn't meeting the most basic milestones.  He didn't make eye contact, he wouldn't hold a bottle, he could barely sit up on his own and he certainly wasn't walking.  More than that, he had no vocabulary.  During his 2-year-old well visit, I mentioned my concerns to his pediatrician.  She suspected something but at the age of 2, it was too early to adequately test for anything.  She prescribed occupational therapy but nothing seemed to help.  Hearing tests, MRI's, and various new test studies later, my son was diagnosed with Non-verbal Autism and Intellectual Disabilities in May 2012.  I was heartbroken.  Dreams of watching my son get into mischief, play sports, have girlfriends (or boyfriends), go to prom and college were lost.  We hired a full-time care provider to care for and work with Malik 5-days a week.  This was not covered by insurance and we paid the expense out of pocket.

For *my* health, I can't remember which happened first, the Bells Palsy or the Brain swelling.  I do remember it was August 2012.  I hadn't been feeling well and my Boss (the same one who hired me) allowed me to come in a little late to help with the constant headaches.  I lived on base so it only took me 3 minutes to get to work.  I was showering and the next thing I knew, I was lying on the floor calling for my son's therapist.  I asked her to call my Assistant and tell her I'd be a few minutes late (I was going to work and you couldn't stop me – I loved my job!).  Needless to say, my Assistant called my Boss and he instructed her to take me to the hospital.  She did and hours later, I'd been told I had some type of brain interruption that was causing the headaches, as well as affecting my vision and hearing.  The next day I went to an ophthalmologist who completed extensive eye tests.  3 days later (it was Sunday), the E.R. doctor called my Husband and told him to bring me back to the E.R. immediately for swelling of the brain.  The pain was excruciating and I was terrified.  I couldn't be sick – not only did I have a job to do, I had babies to raise (and hopefully grandbabies to spoil).

In September 2012, I was diagnosed with Multiple Sclerosis (MS).  I was given medication to take and had regularly scheduled Neurology appointments.  It was during a routine MRI that my doctor noticed a spot on my lungs that hadn't been there during the previous MRI.  In January 2013, after more testing, it was discovered that I didn't have MS, but Pulmonary and Neurological Sarcoidosis; an auto-immune disease that mimics MS.  Lots of medication and doctor appointments later, I was stabilized and able to return to work, but not without some major life changes. Life now consists of bi-annual MRI's, a cane when I experience flare-ups, constant back pain, deteriorating vision and leg strength, medication and supplements to try to stall the disease, and more medication and supplements to offset the side-effects.  I had an MRI in January 2022 where a new lesion was found in my brain.  An MRI in August 2022 found two new lesions on my spine.  I have a last-minute appointment on September 7, 2022 to discuss new medication, as the one I've been taking is no longer as effective as it once was.

Because my Team and I had been so successful at Vandenberg AFB and after many failed new-hires at a sister base; at the request of my Regional Vice President, I was sent to Lackland AFB in June 2013. I should have known it'd be bad when I was told I couldn't visit the base prior to relocating and I got a pay increase (no one gets a pay raise going from CA to TX!). I wasn't super excited about the transfer, but ultimately agreed because I was told the resources for my son were much better and they needed "me" to. I went because I was asked to go.

If Vandenberg was a well-oiled machine; a team that worked together as one unit, Lackland was – the polar opposite. Old housing or new housing – it didn't matter, were poorly maintained. The team as a whole was understaffed and there was no Office leadership. Maintenance was left to their own devices and everyone was an individual. I worked tirelessly to build a team both within the office and in maintenance. It took a lot of hard work, but I believe I made progress.

During my tenure at Lackland, we were required to complete the same reports as at Vandenberg; however, with the constant turnover in maintenance, it was a challenge to meet the stringent work order completion times. After submitting the reports to our corporate office on several occasions, I was instructed by my superiors to change the completion times and/or dates on the work orders to ensure we hit our benchmarks on quarterly reporting.

Since leaving Lackland AFB, I've maintained steady employment within the Property Management field San Antonio TX, where I have remained in good standing; able to be the primary financial provider for my family.

As you can see, throughout my entire life, it's been drilled into me that you don't ask questions or more accurately, not to question authority. I was taught this by my father. This was reinforced in my Marine Corps career and it's held true with my past and current employers. I have even adopted my own version of this and share it with my own employees: unless it is illegal, immoral, or unethical, you must follow instruction. I didn't recognize I was doing anything illegal, immoral, or unethical. I was following orders. I thought when I was approached by the Air Force Agents, I cooperated fully and thought my actions were in line with a Whistleblower. I did not benefit from these acts, either monetarily or otherwise. I realize now that just because my actions weren't committed with malice intent, it doesn't mean I haven't done anything wrong. I am deeply sorry that I did not use better judgement to do what was right instead of what I was told.

I have spent immeasurable amounts of time wishing I'd made a different choice, but I cannot change my past actions. I can only make a conscious effort to make better decisions based on what is right going forward. I've considered how my actions may remove me from my home; away from my husband and children but especially my son. How this will affect his growth and well-being; how it will affect my health. How absolutely terrified I am of going away. Thinking of all these things constantly has been a sentence all its own.

I don't believe incarcerating me is going to right this wrong.  I am an honest person, who does good and provides support to those in need.  I love my family, my friends, my peers and employees – my job and my Country!  I believe incarceration will do more harm than good.

Thank you for taking the time to get to know me.  It is with great humility that I ask you to please take all this information into account when determining my sentence.


Sincerely & Respectfully,

*[signature]*

Stacy Michele Cabrera